IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FEMINIST MAJORITY
FOUNDATION, et al.,

                                          Civil Action No. 3:17-cv-344

                 *Plaintiffs,*

v.

UNIVERSITY OF MARY
WASHINGTON,

                 *Defendant.*


STATUS REPORT

The parties, by and through their respective counsel, provide the following regarding the status of the matter before this Court:

The parties have reached a settlement agreement in principle that would resolve the case in its entirety. The final execution of this settlement agreement involves the approval of several government officials within the Commonwealth of Virginia. The defendants have begun the process of obtaining this approval, but the exact date and time at which that will occur is not known.  Once the parties learn the results of the request for approval, they will immediately alert the Court and file the appropriate pleadings in the case.

Respectfully Submitted,


**UNIVERSITY OF MARY WASHINGTON**

/s/   Sandra S. Gregor
Marshall H. Ross (VSB No. 29674)
Senior Assistant Attorney General
Sandra S. Gregor (VSB No. 47421)
Assistant Attorney General
Office of the Attorney General
202 N. 9th Street
Richmond, Virginia  23219
Telephone:  (804) 786-1586
Facsimile:   (804) 371-2087
Email:  mross@oag.state.va.us
Email:  sgregor@oag.state.va.us
*Counsel for Defendants*

Mark R. Herring
Attorney General of Virginia

Samuel T. Towell
Deputy Attorney General


**FEMINIST MAJORITY FOUNDATION, et al.**


/s/  Debra S. Katz
Debra S. Katz
Lisa J. Banks
Carolyn Lee Wheeler
Katz, Marshall, & Banks, LLP
1718 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20009
202-299-1140
202-299-1148 fax
katz@kmblegal.com

/s/ Tim Schulte
Tim Schulte (VSB No. 41881)
SHELLEY CUPP SCHULTE, P.C.
2020 Monument Avenue, First Floor
Richmond, VA 23220
804/644-9700
804/278-9634 - fax
Schulte@scs-work.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March, 2019, I filed a copy of the foregoing document using the Court's ECM/ECF filing system, which will send an electronic notification of the same to counsel of record for the Plaintiffs.

/s/   Sandra S. Gregor
Marshall H. Ross (VSB No. 29674)
Senior Assistant Attorney General
Sandra S. Gregor (VSB No. 47421)
Assistant Attorney General
Office of the Attorney General
202 N. 9th Street
Richmond, Virginia  23219
Telephone:  (804) 786-1586
Facsimile:  (804) 371-2087
Email:  mross@oag.state.va.us
Email:  sgregor@oag.state.va.us
*Counsel for Defendants*

3