IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**FEMINIST MAJORITY FOUNDATION, et al.,**

    *Plaintiffs,*

v.

**UNIVERSITY OF MARY WASHINGTON,**

    *Defendant.*

Civil Action No. 3:17-cv-344

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of this action in its entirety, with each party bearing that party's own attorney's fees and costs.

Respectfully Submitted,

**FEMINIST MAJORITY FOUNDATION, et al.**

/s/  Debra S. Katz
Debra S. Katz
Lisa J. Banks
Carolyn L. Wheeler
Katz, Marshall, & Banks, LLP
1718 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20009
202-299-1140
202-299-1148 fax
katz@kmblegal.com

/s/ Tim Schulte
Tim Schulte (VSB No. 41881)
SHELLEY CUPP SCHULTE, P.C.
2020 Monument Avenue, First Floor
Richmond, VA 23220
804/644-9700
804/278-9634 - fax
Schulte@scs-work.com

**UNIVERSITY OF MARY WASHINGTON**

/s/ Marshall H. Ross
Marshall H. Ross (VSB No. 29674)
Senior Assistant Attorney General
Sandra S. Gregor (VSB No. 47421)
Assistant Attorney General
Office of the Attorney General
202 N. 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-1586
Facsimile: (804) 371-2087
Email: mross@oag.state.va.us
Email: sgregor@oag.state.va.us
*Counsel for Defendants*

Mark R. Herring
Attorney General of Virginia

Samuel T. Towell
Deputy Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2019, I filed a copy of the foregoing document using the Court's ECM/ECF filing system, which will send an electronic notification of the same to counsel of record for the Plaintiffs.

/s/ Tim Schulte
Tim Schulte (VSB No. 41881)
SHELLEY CUPP SCHULTE, P.C.
2020 Monument Avenue, First Floor
Richmond, VA 23220
804/644-9700
804/278-9634 - fax
Schulte@scs-work.com

*Counsel for Plaintiffs*